UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
) CASE NO. 08-35228(1)
CHADI N. RAMMAL )
) Chapter 7
Debtor )
)

### AGREED ORDER FOR TURNOVER AND TO HOLD DISCHARGE IN ABEYANCE PENDING TURNOVER

Comes now ROBERT W. KEATS, having been appointed Interim Trustee of the Estate of the above-named Debtor, and pursuant to Rule 9019, and along with the Debtor, by Counsel, makes this Agreed Order for Turnover, and respectfully states as follows:

1. The parties have agreed to the valuation of certain items of the Debtor as a result of the Debtor's amended Schedules. The items and their values are as follows:

| Item | Value | Exemption | Lien | Excess Value |
|---|---|---|---|---|
| Wages | $1,331.00 | Not Listed | | $ 1,331.00 |
| 2008 Federal Tax Ref. $6,321.00 (89% allowed) | $5,625.69 | $2,448.45 | | $ 3,177.24 |
| 2008 KY Tax Ref. $1,161.00 (89% allowed) | $1,033.29 | Not Listed | | $ 1.033.29 |
| | | | TOTAL | $ 5,541.53 |

2. The assets of the estate listed above representing the total sum of **$5,541.53** is property of the Debtor's Estate, and the cash value of such property should be immediately turned over to the Trustee.

3. It is the desire of the Debtor to retain ownership of the aforementioned property. Taking into consideration the value of the property agreed to herein by the parties, the Debtor agrees to pay the Trustee the sum of **$5,541.53** in monthly payments of $200.00 each beginning August 1, 2009 for a period of seven (7) months and ending

1

with the last payment due and owing on March 1, 2010 in the amount of $4,141.53 for a total payment of $5,541.53.

4. It is agreed that the sum of $5,541.53 is a nondischargeable debt of the Debtor, and, that the discharge in this case shall be held in abeyance until such time as the Trustee certifies that the Debtor has complied with the terms of this Order. However, should the Debtor fail to make payments according to the agreed upon schedule the Trustee will notify the court of noncompliance with the terms of this agreed order and the Court shall enter the Trustee's order dismissing the bankruptcy case with prejudice.

WHEREFORE, the Trustee moves the Court to enter this Agreed Order approving the above-described compromise.

Tendered by,

/s/
Robert W. Keats, Trustee
P.O. Box 221377
Louisville, Kentucky 40252-1377
(502) 587-8787

AGREED TO:

7-15-09   /s/
Chadi N. Rammal, Debtor
15412 Beckley Hills Dr.
Louisville, KY 40-245

7/15/09   /s/
Dennis E. Kurtz, Counsel for Debtor
Kurtz & Kurtz
2721 Taylorsville Road
Louisville, KY 40205
(502) 423-0846